NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
STRUCTURLAM MASS TIMBER CORPORATION

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
12/16/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRUCTURLAM MASS TIMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH AND SLETTEN, INC.,<br><br>Defendant. | Case No.: 4:20-CV-05428-YGR<br><br>**RULE 41 STIPULATION OF DISMISSAL**<br><br>Action Filed: August 5, 2020<br>Trial Date: January 21, 2021 |

-1-

RULE 41 DISMISSAL                                           CASE NO. 3:20-CV-05428-YGR

1  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Structurlam Mass
2  Timber Corporation hereby asks that this action be dismissed with prejudice.  All parties stipulate
3  to this request.

4  DATED:  December 3, 2020                    PAUL HASTINGS LLP

6                                              By:        /s/ Navi Singh Dhillon
7                                                   NAVI SINGH DHILLON
                                                    Attorneys for Plaintiff
8                                                   STRUCTURLAM MASS TIMBER
                                                    CORPORATION

11 DATED:  December 3, 2020                    NIDA & ROMYN, P.C.

13                                              By:        /s/ David Romyn
14                                                  DAVID ROMYN
                                                    Attorneys for Defendant
15                                                  RUDOLPH AND SLETTEN, INC.

17    I, Navi Singh Dhillon, am the ECF User whose ID and password are being used for this
18 filing.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mr. Romyn has concurred in
19 this filing.